In re CRITTENDEN. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) In the matter of the application of Joel Parker Crittenden for admission to the bar. No opinion. Application granted.

CROWDER, Appellant, v. AFRO–AMERICAN REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Charles J. Crowder against the Afro-American Realty Company and another. C. Goldzier, for appellant. A. C. Bostwick, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CROWE, Appellant, v. HEERMANCE STORAGE & REFRIGERATING CO., Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Marguerite Crowe, as administratrix, against the Heermance Storage & Refrigerating Company. I. H. Harris, for appellant. F. W. Catlin, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CUFF v. CUFF et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Mary Cuff, individually, etc., against Annie Cuff and others. No opinion. Motion denied, with $10 costs. Order filed.

DALY, Respondent, v. BUTLER, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Hugh Daly, as administrator, etc., against James Butler. A. A. Wheat, for appellant. A. Steckler, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $4,000 and costs, in which event judgment, as so modified, and order, affirmed, without costs of appeal. Settle order on notice.

DALY, Respondent, v. REINELDT et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by John W. Daly against Paul F. Reineldt and others. No opinion. Judgment affirmed, with costs. See 89 N. Y. Supp. 647.

D'AMELIO v. ABRAHAM et al. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Michele D'Amelio against Jacob Abraham and another. No opinion. Motion denied, on condition that appellants be ready for January term. Order filed.

DARRIN, Appellant, v. HOPPER, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Ira G. Darrin, as receiver, against Isaac A. Hopper. H. A. Sperry, for appellant. L. S. L'Amoreaux, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DAVIS, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by Blanche E. Davis against George S. Davis. No opinion. Order reversed, without costs, and motion denied, without costs, with leave to renew.

DAVIS, Appellant, v. TOWN OF SHERBURNE, CHENANGO COUNTY. Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Staunton D. Davis against the town of Sherburne, Chenango county. No opinion. Judgment affirmed, with costs.

DE FEO, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Mary G. De Feo against the Metropolitan Street Railway Company. B. H. Ames, for appellant. A. Ofner, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,500 and costs, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

DES ALLEMANDS LUMBER CO., Respondent, v. HITCHINGS, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by the Des Allemands Lumber Company against Benjamin G. Hitchings. No opinion. Order affirmed, with $10 costs and disbursements.

DINKELSPIEL, Respondent, v. NEW YORK EVENING JOURNAL, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Edward Dinkelspiel against the New York Evening Journal. C. J. Shearn, for appellant. B. F. Einstein, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See 91 App. Div. 96, 86 N. Y. Supp. 375.

HOUGHTON, J., dissents.

DIXEY, Respondent, v. MORNING TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by Henry E. Dixey against the Morning Telegraph Company. T. W. Churchill, for appellant. E. S. Seidman, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

DOES v. CROSSTOWN ST. RY. CO. et al. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by John J. Does, an infant, etc., against the Crosstown Street Railway Company and another.

PER CURIAM. That part of the order granting a new trial to the defendant railway company is affirmed, with costs to the railway company against the plaintiff to abide the event. The judgment against the defendant, Rudolph, and that part of the order denying his motion